Thomas Tagney for use of Florence Briscoe, Appellee, v. James A. Tabor, Appellant.

Gen. No. 22,760. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 26, 1917.

## Statement of the Case.

Confession of judgment in favor of Thomas Tagney for use of Florence Briscoe, plaintiff, against James A. Tabor, defendant, for rent on a lease. From denial of defendant's motion to have the judgment opened and for leave to plead, defendant appeals.

SASS & HOOD, for appellant.

No appearance for appellee.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

## Abstract of the Decision.

1. LANDLORD AND TENANT, § 262*—*what does not constitute constructive eviction.* Misconduct of one tenant in a building cannot be considered a constructive eviction of another tenant therein.

2. JUDGMENT, § 77*—*when refusal to vacate not abuse of discretion.* Discretion of court, *held* not to be abused in denying a motion to vacate a judgment by confession.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.